■ PATRICIA STROM, Petitioner, v JOSEPH STROM, Respondent.—Motion for permission to appeal denied as unnecessary. Memorandum: The order sought to be appealed is a final order within the meaning of the statute and is appealable as of

right *(see,* Family Ct Act § 439 [e]). Present—Callahan, J. P., Green, Pine, Boomer and Davis, JJ. (Filed Jan. 29, 1993.)